# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| In re:<br><br>**Shuntavia D. Wigfall**,<br><br>Debtor. | Case No. 19-bk-20319<br>Eastern Division<br>Chapter 13<br><br>Hon. Carol A. Doyle<br><br>Hearing Date: Sept. 10, 2019<br>Hearing Time: 10:30 a.m. |

## Objection to Confirmation

The City of Chicago ("City") objects to confirmation of the Debtor's proposed chapter 13 plan. The plan as proposed does not comply with the requirements of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* ("Code"), and thus cannot be confirmed.

The Debtor's plan provides in § 3.4 that the City's statutory possessory lien on the Debtor's vehicle that was obtained by impounding the vehicle will be avoided as a judicial lien under § 522(f) of the Bankruptcy Code. As provided in the City's Response [Dkt. No. 24] to the Debtor's Motion Avoid the City's Lien [Dkt. No. 10], the City's lien is statutory and not judicial, and therefore may not be avoided under § 522(f), through a motion, or through a plan.

Therefore, the City respectfully requests that this Court deny confirmation of the Debtor's plan.

1

Respectfully submitted,

Mark Flessner
Corporation Counsel

By: s/ David Paul Holtkamp
David Paul Holtkamp
Asst. Corp. Counsel Supervisor
**CITY OF CHICAGO,**
**DEPARTMENT OF LAW**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
312.744.6967
David.Holtkamp2@cityofchicago.org

## CERTIFICATE OF SERVICE

I, David Paul Holtkamp, an attorney, hereby certify that on August 19, 2019, I caused a copy of the attached Objection to Confirmation to be served via the court's electronic noticing system for Registrants on those designated to receive such service as provided on the attached Service List.

/s/ David Paul Holtkamp

## SERVICE LIST

**Registrants**
(Via CM/ECF)

- **Ross H Briggs**    r-briggs@sbcglobal.net, hrr73813@notify.bestcase.com
- **Charles A King**    chuck.king@cityofchicago.org
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Tom Vaughn**    ecf@tvch13.net, ecfchi@gmail.com